1  ADAM PAUL LAXALT
     Attorney General
2  Heidi Parry Stern (Bar. No. 8873)
     Chief Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., #3900
   Las Vegas, NV 89101-1068
5  (702) 486-3594 (phone)
   (702) 486-2377 (fax)
6  HStern@ag.nv.gov

7  Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL L. SMITH,<br><br>Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:13-cv-00246-RCJ-WGC<br><br>**ORDER GRANTING**<br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 44)**<br><br>**(SECOND REQUEST)** |

Respondents move this Court for a 60-day enlargement of time, up to and including January 7, 2019, within which to file a Response to Petitioner's Second Amended Petition for Writ of Habeas Corpus (ECF No. 44).

This is the second enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

Respectfully submitted: November 8, 2018.

ADAM PAUL LAXALT
Attorney General

By:  /s/ Heidi Parry Stern
    Heidi Parry Stern (Bar. No. 8873)
    Chief Deputy Attorney General

## DECLARATION OF HEIDI PARRY STERN

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

I, HEIDI PARRY STERN, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Nevada; qualified and admitted to practice before this Court; employed as a Chief Deputy Attorney General in the Office of the Nevada Attorney General; and pursuant to this employment, I have been assigned to represent Respondents in *Michael L. Smith v. Renee Baker, et al.*, Case No. 3:13-cv-00246-RCJ-WGC, and as such, have personal knowledge of the matters contained herein;

2. This extension is necessary due to my preparation for oral argument in the Ninth Circuit in *Robert Jones v. Jack Palmer, et al.*, Case No. 17-15575, which took place on October 9, 2018, and *Alquandre H. Turner v. Renee Baker, Warden, et al.*, Case No. 17-72044, which will be taking place on November 16, 2018.

3. In addition, our office has been short staffed over the past few months due to the retirement of one of the attorneys in our unit and the difficulty in finding a replacement for him.

4. That the Response to Petitioner's First Amended Petition for Writ of Habeas Corpus is due to be filed on November 8, 2018.

5. Respondents request 60 days to file a response, up to and including January 7, 2019.

6. I have contacted opposing counsel, and she has no objection to this request for extension.

7. This is Respondents' first motion for enlargement of time to respond to Petitioner's Second Amended Petition for Habeas Corpus.

8. This motion for enlargement of time is made in good faith and not for the purpose of delay.

FURTHER DECLARANT SAYETH NAUGHT.

DATED this 8th day of November, 2018.

/s/ Heidi Parry Stern
Heidi Parry Stern (Bar. No. 8873)
Chief Deputy Attorney General

IT IS SO ORDERED this 13th day of February, 2019.

_____
ROBERT C. JONES