Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
amelia_bizzaro@fd.org

*Attorney for Petitioner Michael L. Smith.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael L. Smith,<br><br>    Petitioner,<br><br>    v.<br><br>Renee Baker, *et al.*,<br><br>    Respondents. | Case No. 3:13-cv-00246-RCJ-WGC<br><br>**Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss**<br><br>**(Second Request)** |

## Points and Authorities

Petitioner Michael L. Smith respectfully asks this Court to enter an Order extending his deadline for filing a Opposition to the warden's motion to dismiss for 45 days until September 5, 2019.

On August 23, 2016, this Court granted a stay and administratively closed Smith's case while he returned to exhausted his claims.[1] After completing his state court proceedings, Smith sought to reopen the federal case, and submitted a copy of his Second Amended Petition.[2] This Court granted the request and ordered the warden to file a response.[3] After three extensions, the warden filed a motion to dismiss on March 8, 2019.[4] Smith previously asked for one 90-day extension to file his Opposition, making it due today.[5]

This is Smith's second request for an extension.

This extension is necessary to allow counsel time to prepare and file Smith's Opposition, addressing the myriad of procedural defenses the warden claimed including exhaustion, procedural default, waiver, and allegations that some of his claims are not cognizable on federal habeas.[6]

Counsel's prior extension request took into account that she would be on medical leave for several weeks and out of the country for an additional two weeks. Counsel's return to work was slowed, however, based on treatment for a complication from surgery.

---

[1] ECF No. 43.
[2] *Id. See also* ECF No. 41, 41-1.
[3] *Id.*
[4] ECF Nos. 45, 46, 47, 52.
[5] ECF No. 70.
[6] ECF No. 52.

2

The complication has finally resolved. Since returning to work full time on June 24, 2019, counsel has been working hard to catch up. Counsel traveled to Elko County on June 30, 2019, for a plea hearing on July 1. Counsel was out of the office July 11-16 for personal and professional reasons.

Counsel filed a reply in support of a Rule 60(b) motion on July 11, 2019, and an opposition to the warden's request to file a successive motion to dismiss in another case on July 17, 2019. Counsel has been working continuously on a case with a July 25, 2019 AEDPA deadline. Counsel has an opposition to a motion to dismiss due July 29, 2019 in a large, complicated case, in which no further extensions will be granted. Counsel will be out of the office August 2, 7-9, 12, and 30 for a combination personal travel, client visits, and a conference.

This extension will give counsel the time she needs to complete Smith's opposition. This motion is not filed for the purposes of delay but in the interests of justice, as well as in Smith's interests. Accordingly, Smith respectfully asks this Court to grant the requested extension to September 5, 2019.

Counsel contacted Senior Deputy Attorney General Allison Herr by e-mail today, who replied that she did not object to the requested extension.

Dated July 22, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*
Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: ___ August 9, 2019 ___