UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL L. SMITH, | Case No. 3:13-cv-00246-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It appears that petitioner has failed to file exhibits 209-223.

**IT IS THEREFORE ORDERED** that, within 10 days of the date of this order, petitioner shall file a complete copy of exhibits 209-223.

DATED: 23 January 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE