UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL L. SMITH, | Case No. 3:13-cv-00246-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Before the court is respondents' motion for extension of time to file an answer to Michael L. Smith's 28 U.S.C. § 2254 habeas corpus petition (ECF No. 84). Good cause appearing,

It is ordered that respondents' motion for extension of time to file an answer (ECF No. 84) is granted. Respondents must file their answer on or before July 6, 2020.

DATED: 6 April 2020.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE